```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| 347 TOWNHOUSE, LLC, on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITIBANK, N.A.,<br><br>                    Defendant. | 19 Civ. 542 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Defendant Citibank, N.A.'s motion to dismiss Plaintiff 347 Townhouse, LLC's amended complaint (dkt. no. 44) is marked off the calendar pending the resolution of defendant Bank of America's motion to certify an interlocutory appeal in <u>Hymes v. Bank of America</u>. (<u>See</u> dkt. no. 65 in No. 18 Civ. 2352 (RRM) (E.D.N.Y.).) Should Judge Mauskopf grant Bank of America's motion for interlocutory appeal in <u>Hymes</u>, Citibank's motion to dismiss the above-captioned action shall be marked off the calendar pending action, if any, by the Court of Appeals.

**SO ORDERED.**

Dated:   New York, New York
         September 16, 2020

                                   */s/ Loretta A. Preska*
                                   LORETTA A. PRESKA
                                   Senior United States District Judge