UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
347 Townhouse, LLC,

              Plaintiff(s),

-against-

Citibank, N.A.,

              Defendant(s).

------------------------------------x

19cv542 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than August 23, 2022 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: August 16, 2022
New York, New York