UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 347 TOWNHOUSE, LLC, et al.,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>CITIBANK, N.A.,<br><br>                    Defendant. | Case No. 1:19-cv-00542 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

       The Court is in receipt of the parties' joint letter, dated September 29, 2022, filed in response to the Court's September 15, 2022 Reassignment Order. ECF No. 64. In that letter, the parties informed the Court that the Second Circuit has decided *Cantero v. Bank of America, N.A.*, -- F.4th -- , 2022 WL 4241359 (2d Cir. Sept. 15, 2022). Defendant's motion to dismiss the Amended Complaint (ECF No. 44) was terminated pending the resolution of that case, and subject to reinstatement at the issuance of a decision. ECF No. 58. While that decision has now issued, the parties are jointly requesting additional time to provide an update and potential reinstatement of the motion to dismiss given the potential continued petitions in the *Cantero* case before the Second Circuit and/or the United States Supreme Court. IT IS HEREBY ORDERED that the parties shall update the Court as to the status of this case no later than January 29, 2023.

Dated: September 30, 2022
       New York, New York

                                              SO ORDERED.

                                              *Jennifer Rochon*
                                              JENNIFER L. ROCHON
                                              United States District Judge